```
           FILED          RECEIVED
           ENTERED        SERVED ON
                          COUNSEL/PARTIES OF RECORD

              APR 2 3 2012

           CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
        BY:                      DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN WILLIAM WALLACE,           )
                                )   3:11-CV-0808-RCJ (VPC)
         Plaintiff,             )
                                )
    vs.                         )   **REPORT AND RECOMMENDATION**
                                )   **OF U.S. MAGISTRATE JUDGE**
STATE OF OREGON, et al.,        )
                                )   April 23, 2012
         Defendants.            )
_____)

This Report and Recommendation is made to the Honorable Robert C. Jones, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reason set forth below, it is recommended that plaintiff's complaint be dismissed and this action closed.

## I. BACKGROUND, DISCUSSION & CONCLUSION

In November 2011, plaintiff submitted to the court a three-page repetitive list of various words, companies, landmarks, countries, and groups of people (#1). Plaintiff failed to submit a request to proceed *in forma pauperis* or a properly styled complaint.

On February 10, 2012, the court ordered plaintiff to submit an application to proceed *in forma pauperis* and a properly styled complaint on or before March 9, 2012 (#3). Plaintiff was cautioned that failure to do so would result in a recommendation to the District Court to dismiss this action. *Id.* Plaintiff failed to respond to this court's order.

Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

The parties are advised:

1. Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and

Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

    2.    This report and recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that the district court enter an order **DISMISSING** plaintiff's complaint without prejudice and closing this action.

DATED: April 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE