UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOHN WILLIAM WALLACE,       )<br>                                                   )<br>          Plaintiff,                    )<br>                                                   )<br>v.                                              )<br>                                                   )<br>STATE OF OREGON, *et al.,*      )<br>                                                   )<br>          Defendants.              )<br>_____)  | 3:11-CV-808-RCJ(VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (#5) entered on April 23, 2012, in which the Magistrate Judge recommends that the Court enter an order dismissing plaintiff's complaint without prejudice and close this action. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#5); therefore, Plaintiff's complaint is DISMISSED without prejudice. The Clerk of the Court shall close this action.

IT IS SO ORDERED.

DATED this 14th day of August, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE